# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE: SEALED WARRANT AFFIDAVITS FOR THE SEARCH OF 1372 BABBLING BROOK COURT, etc.
    Plaintiff(s),

vs.

    Defendant(s).

Case #2:17-cv-02775-JAD-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Steven D. Zansberg_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Ballard Spahr, LLP_____
(firm name)

with offices at _____1225 Seventeenth Street, Suite 2300_____,
(street address)

_____Denver_____, _____Colorado_____, _____80202_____,
(city)           (state)            (zip code)

_____(303) 292-2400_____, _____zansbergs@ballardspahr.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____[see attached]_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  March 7, 1996 , Petitioner has been and presently is a
                    (date)
member in good standing of the bar of the highest Court of the State of  Colorado 
                                                                          (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| [see attached] | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association
Colorado Bar Association
Denver Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  COLORADO  )
                    )
COUNTY OF  DENVER   )

_____Steven D. Zansberg_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__9th__ day of __January__, __2018__

_____
Notary Public or Clerk of Court

CYNTHIA D. HENNING
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20074028549
MY COMMISSION EXPIRES JULY 25, 2019

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Joel E. Tasca_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____100 North City Parkway, Suite 1750_____,
(street address)

___Las Vegas___, ___Nevada___, ___89106___,
(city)        (state)       (zip code)

___(702) 471-7000___, ___tascaj@ballardspahr.com___.
(area code + telephone number)  (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel E. Tasca_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

[See attached signature pages]

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Joel Tasca*
Designated Resident Nevada Counsel's signature

14121     tasca@ballardspahr.com
Bar number     Email address

APPROVED:

Dated: January 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel E. Tasca_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Indira Satyendra_
Principal Counsel
ABC, Inc., for American Broadcasting Companies, Inc.

_____
Assistant General Counsel
Associated Press

_____
Senior Counsel
Cable News Network, Inc.

_____
Executive Vice President & General Counsel
Chesapeake Media I, LLC d/b/a KSNV-TV

_____
Vice President & General Counsel
Los Angeles Times Communications, LLC

_____
Vice President/Deputy General Counsel
The New York Times Company

_____
Vice President/Deputy General Counsel
Scripps Broadcasting Holdings, LLC d/b/a KTNV-TV

_____
Senior Associate General Counsel
WP Company LLC, d/b/a *The Washington Post*

DMWEST #17372717 v1

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel E. Tasca_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
Principal Counsel, First Amendment Litigation
American Broadcasting Companies, Inc.

_____
Assistant General Counsel
Associated Press

_____
Senior Counsel
Cable News Network, Inc.

_____
Executive Vice President & General Counsel
Chesapeake Media I, LLC d/b/a KSNV-TV

_____
Vice President & General Counsel
Los Angeles Times Communications, LLC

_____
Vice President/Deputy General Counsel
The New York Times Company

_____
Vice President/Deputy General Counsel
Scripps Broadcasting Holdings, LLC d/b/a KTNV-TV

_____
Senior Associate General Counsel
WP Company LLC, d/b/a *The Washington Post*

DMWEST #17372717 v1

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel E. Tasca_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
Principal Counsel, First Amendment Litigation
American Broadcasting Companies, Inc.

_____
Assistant General Counsel
Associated Press

_/s/_____
Senior Counsel
Cable News Network, Inc.

_____
Executive Vice President & General Counsel
Chesapeake Media I, LLC d/b/a KSNV-TV

_____
Vice President & General Counsel
Los Angeles Times Communications, LLC

_____
Vice President/Deputy General Counsel
The New York Times Company

_____
Vice President/Deputy General Counsel
Scripps Broadcasting Holdings, LLC d/b/a KTNV-TV

_____
Senior Associate General Counsel
WP Company LLC, d/b/a *The Washington Post*

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel E. Tasca_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
Principal Counsel, First Amendment Litigation
American Broadcasting Companies, Inc.

_____
Assistant General Counsel
Associated Press

_____
Senior Counsel
Cable News Network, Inc.

*[signature]*

_____
Vice President/Deputy General Counsel
Chesapeake Media I, LLC d/b/a KSNV-TV

_____
Vice President & General Counsel
Los Angeles Times Communications, LLC

_____
Vice President/Deputy General Counsel
The New York Times Company

_____
Vice President/Deputy General Counsel
Scripps Broadcasting Holdings, LLC d/b/a KTNV-TV

_____
Senior Associate General Counsel
WP Company LLC, d/b/a *The Washington Post*

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel E. Tasca_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
Principal Counsel, First Amendment Litigation
American Broadcasting Companies, Inc.

_____
Assistant General Counsel
Associated Press

_____
Senior Counsel
Cable News Network, Inc.

_____
Executive Vice President & General Counsel
Chesapeake Media I, LLC d/b/a KSNV-TV

_____*/s/ Jeff Glasser*_____
Vice President & Assistant General Counsel
Los Angeles Times Communications LLC

_____
Vice President/Deputy General Counsel
The New York Times Company

_____
Vice President/Deputy General Counsel
Scripps Broadcasting Holdings, LLC d/b/a KTNV-TV

_____
Senior Associate General Counsel
WP Company LLC, d/b/a *The Washington Post*

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel E. Tasca_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
Principal Counsel, First Amendment Litigation
American Broadcasting Companies, Inc.

_____
Assistant General Counsel
Associated Press

_____
Senior Counsel
Cable News Network, Inc.

_____
Executive Vice President & General Counsel
Chesapeake Media I, LLC d/b/a KSNV-TV

_____
Vice President & General Counsel
Los Angeles Times Communications, LLC

_____/s/_____
General Counsel
The New York Times Company

_____
Vice President/Deputy General Counsel
Scripps Broadcasting Holdings, LLC d/b/a KTNV-TV

_____
Senior Associate General Counsel
WP Company LLC, d/b/a *The Washington Post*

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel E. Tasca_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
Principal Counsel, First Amendment Litigation
American Broadcasting Companies, Inc.

_____
Assistant General Counsel
Associated Press

_____
Senior Counsel
Cable News Network, Inc.

_____
Executive Vice President & General Counsel
Chesapeake Media I, LLC d/b/a KSNV-TV

_____
Vice President & General Counsel
Los Angeles Times Communications, LLC

_____
Vice President/Deputy General Counsel
The New York Times Company

*/s/*
Vice President/Deputy General Counsel
Scripps Broadcasting Holdings, LLC d/b/a KTNV-TV

_____
Senior Associate General Counsel
WP Company LLC, d/b/a *The Washington Post*

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Joel E. Tasca_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
Principal Counsel, First Amendment Litigation
American Broadcasting Companies, Inc.

_____
Assistant General Counsel
Associated Press

_____
Senior Counsel
Cable News Network, Inc.

_____
Executive Vice President & General Counsel
Chesapeake Media I, LLC d/b/a KSNV-TV

_____
Vice President & General Counsel
Los Angeles Times Communications, LLC

_____
Vice President/Deputy General Counsel
The New York Times Company

_____
Vice President/Deputy General Counsel
Scripps Broadcasting Holdings, LLC d/b/a KTNV-TV

*/s/ Kalea Clare*
Senior Associate General Counsel
WP Company LLC, d/b/a *The Washington Post*

DMWEST #17372717 v1

**Names and Addresses of Each Party
Represented by Counsel Seeking
Pro Hac Vice Admission**

| |
|---|
| American Broadcasting Companies, Inc.<br>47 West 66th Sreet.<br>New York, New York 10023 |
| Associated Press<br>200 Liberty Street<br>New York, New York 10281 |
| Cable News Network, Inc.<br>One CNN Center<br>Atlanta, Georgia 30303 |
| Chesapeake Media I, LLC,<br>  d/b/a KSNV-TV<br>10706 Beaver Dam Road<br>Hunt Valley, Maryland 21030 |
| Las Vegas Review-Journal<br>1111 West Bonanza Road<br>Las Vegas, Nevada 89106 |
| Los Angeles Times Communications, LLC<br>202 West 1st Street<br>Los Angeles, California 90012 |
| The New York Times Company<br>620 8th Avenue<br>New York, New York 10018 |
| Scripps Broadcasting Holdings, LLC,<br>  d/b/a KTNV-TV<br>3355 South Valley View Boulevard<br>Las Vegas, Nevada 89102 |
| WP Company LLC,<br>  d/b/a *The Washington Post*<br>1150 15th Street, N.W., Floor 11<br>Washington, District of Columbia 20017 |

Steven D. Zansberg
Ballard Spahr, LLP
1225 Seventeenth Street, Suite 2300
Denver, Colorado 80202

Court and Bar Admissions

| Court or Bar | Date Admitted | Attorney Registration Number |
|---|---|---|
| United States Supreme Court | May 28, 2002 | |
| United States Court of Appeals – 4th Circuit | October 25, 1996 | |
| United States Court of Appeals – 9th Circuit | February 3, 2004 | |
| United States Court of Appeals – 10th Circuit | July 2, 1996 | |
| United States District Court – C.D. Cal. | November 10, 2011 | |
| United States District Court – N.D. Cal. | March 12, 2010 | |
| United States District Court – D. Colo. | May 15, 1996 | |
| United States District Court – N.D. Ill. | November 19, 2012 | |
| California State Bar | July 28, 1994 | 177528 |
| Colorado State Bar | March 7, 1996 | 26634 |

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

November 27, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEVEN DAVID ZANSBERG, #177528 was admitted to the practice of law in this state by the Supreme Court of California on July 28, 1995; that from the date of admission to February 2, 1996, he was an ACTIVE member of the State Bar of California; that on February 2, 1996, he transferred at his request to the INACTIVE status as of January 1, 1996; that from that date to June 12, 2007, he was an INACTIVE member of the State Bar of California; that on June 12, 2007, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records



# Supreme Court
## State of Colorado

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**STEVEN DAVID ZANSBERG**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **7th** day of **March** A.D. **1996** and that at the date hereof the said **STEVEN DAVID ZANSBERG** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **3rd** day of **January** A.D. **2018**

*Cheryl Stevens*
Clerk

By _[signature]_
Deputy Clerk