DAYLE ELIESON
United States Attorney
District of Nevada
CRISTINA D. SILVA
Assistant United States Attorney
Nevada State Bar No. 13760
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada  89101
Phone: (702) 388-6336
Fax: (702) 388-5087
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| IN RE: SEALED WARRANT AFFIDAVITS FOR THE SEARCH OF 1372 BABBLING COURT, MESQUITE, NEVADA AND ANY OTHER SEARCH WARRANTS CONNECTED TO STEPHEN A. PADDOCK OR THE CRIMES COMMITTED OCTOBER 1, 2017 AT THE ROUTE 91 HARVEST COUNTRY MUSIC FESTIVAL | CASE No. 2:17-cv-02775-JAD-PAL<br><br>**AMENDED MOTION TO UNSEAL CASES**[1] |

The United States of America by and through DAYLE ELIESON, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, and respectfully moves this Court to unseal the following cases:

2:17-mj-958-VCF
2:17-mj-959-VCF
2:17-mj-960-VCF
2:17-mj-961-VCF[2]
2:17-mj-962-VCF[3]

---

[1] The United States files this amended motion to correct case numbers, and to add two additional warrants that were inadvertently excluded from the original motion.

[2] The United States requests that the affidavit accompanying this warrant be redacted to remove a date of birth. *See* page 7 of the affidavit.

2:17-mj-967-NJK
2:17-mj-968-NJK
2:17-mj-970-NJK
2:17-mj-971-NJK
2:17-mj-972-NJK
2:17-mj-973-NJK[4]
2:17-mj-1009-NJK
2:17-mj-1010-NJK

The aforementioned cases relate to the warrants Petitioners sought to unseal in this matter. The United States has determined there is no longer a need to keep the cases sealed and therefore respectfully requests that the Court unseal them. The United States has included a proposed order that follows this motion.

Dated this 26th day of February, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

//s//
CRISTINA D. SILVA
Assistant United States Attorney

---

[3] *Id.*

[4] The United States requests that this warrant, and its accompanying exhibit, be unsealed with the redactions included in Attachment A of the Government's response to the Court's Order to Show Cause (*See* ECF No. 13).

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

IN RE: SEALED WARRANT AFFIDAVITS FOR THE SEARCH OF 1372 BABBLING COURT, MESQUITE, NEVADA AND ANY OTHER SEARCH WARRANTS CONNECTED TO STEPHEN A. PADDOCK OR THE CRIMES COMMITTED OCTOBER 1, 2017 AT THE ROUTE 91 HARVEST COUNTRY MUSIC FESTIVAL )  CASE No. 2:17-cv-02775-JAD-PAL

**PROPOSED ORDER**

## ORDER

Based on the Government's *Motion to Unseal*, and good cause appearing therefore, the Court hereby grants the motion to unseal. The Clerk of Court is directed to unseal the following cases:

2:17-mj-958-VCF
2:17-mj-959-VCF
2:17-mj-960-VCF
2:17-mj-961-VCF[5]
2:17-mj-962-VCF[6]
2:17-mj-967-NJK
2:17-mj-968-NJK
2:17-mj-970-NJK
2:17-mj-971-NJK
2:17-mj-972-NJK
2:17-mj-973-NJK[7]

---

[5] The United States requests that the affidavit accompanying this warrant be redacted to remove a date of birth. *See* page 7 of the affidavit.

[6] *Id.*

3

2:17-mj-1009-NJK
2:17-mj-1010-NJK

The exhibit attached to case number 2:17-mj-973-NJK (identified as "Exhibit 1") is ordered unsealed and redacted in accordance with the local rules.[8]

The affidavit associated with case numbers 2:17-mj-961-VCF and 2:17-mj-962-VCF shall be redacted in accordance with local rules[9] to remove the date of birth listed on page 7.

DATED ____ day of February, 2018.

                                              _____
                                              The Honorable Jennifer A. Dorsey
                                              United States District Court Judge

---

[7] The United States requests that this warrant, and its accompanying exhibit, be unsealed with the redactions included in Attachment A of the Government's response to the Court's Order to Show Cause (*See* ECF No. 13).

[8] *See* LR IC 6-2(3).

[9] *Id.*